UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-88-FL-1

| UNITED STATES OF AMERICA | ORDER MODIFYING |
| v. | JUDGMENT |
| BRANDON CARTER | |

This matter is before the Court upon the defendant's unopposed motion to modify the Judgment entered by this Court on October 23, 2015. Assistant United States Attorney Thomas Murphy consents to the entry of this order.

Finding good cause, and for the reasons set out in defendant's motion, the Court hereby modifies the Judgment previously entered in this case as follows:

(1) The Court grants a 13 month departure from the defendant's guideline sentence and sentences defendant to a term of 24 months incarceration.

(2) The Court orders that the defendant be given credit for 110 days spent in pretrial detention.

Except as specifically modified herein, all remaining conditions of the Court's original Judgment shall remain unchanged.

This 4 day of November, 2015.

TERRENCE W. BOYLE
United States District Judge