UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brandon Lamar Carter            Docket No. 7:14-CR-88-1FL

## Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Lamar Carter, who, upon an earlier plea of guilty to 18 U.S.C. §922(u), Theft of a Firearm From a Federally Licensed Firearms Dealer, and 18 U.S.C. §924()I)(l), 18 U.S.C. §2, Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 23, 2015, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On November 4, 2015, the conditions of the original judgment were modified granting a 13 month departure and the defendant was sentenced to a term of 24 months incarceration. Additionally, the court gave the defendant credit for 110 days spent in pretrial detention.

Brandon Lamar Carter was released from custody on May 22, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has an extensive drug history and it's requested that a drug aftercare condition be added in an effort to monitor for any potential drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Mindy L. Threlkeld
Eddie J. Smith            Mindy L. Threlkeld
Supervising U.S. Probation Officer            Senior U.S. Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2539
           Executed On: May 24, 2017

## ORDER OF THE COURT

Considered and ordered this  24th  day of  May , 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge